# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN STEVEN GILLETTE,<br><br>    Defendant. | 1:00-cr-5455 OWW<br><br>ORDER RE: SATISFACTION OF RESTITUTION |

The Probation Officer advises that restitution in this case has been paid in full. Accordingly,

IT IS ORDERED that the restitution obligation previously ordered, jointly severally as to all Defendants, is deemed satisfied in full.

IT IS SO ORDERED.

**Dated: May 18, 2006**         **/s/ Oliver W. Wanger**
emm0d6              UNITED STATES DISTRICT JUDGE

1